James LAWSON *v.* STATE of Arkansas

CR 04-474                                        181 S.W.3d 553

Supreme Court of Arkansas
Opinion delivered May 20, 2004

*Gary McDonald*, for appellant.

No response.

PER CURIAM. Appellant, James Lawson, by and through his attorney, has filed a motion for a rule on the clerk. Attorney, Gary McDonald, states in the motion that the record was tendered late due to a mistake on his part.

■ We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See In Re Belated Appeals in Criminal Cases,* 265 Ark. 964 (1979) *(per curiam).*

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.